Jerry **BEEMAN** and Pharmacy Services, Inc., doing business as Beemans Pharmacy; Anthony Hutchinson and Rocida Inc., doing business as Finleys Rexall Drug; Charles Miller, doing business as Yucaipai Valley Pharmacy; Jim Morisoli and American Surgical Pharmacy Inc., doing business as American Surgical Pharmacy; Bill Pearson and Pearson and House, doing business as Pearson Medical Group Pharmacy; on behalf of themselves and all others similarly situated and on behalf of the general public, Plaintiffs–Appellees,

v.

**ANTHEM PRESCRIPTION MANAGEMENT, LLC;** Argus Health Systems, Inc.; Benescript Services, Inc.; FFI RX Managed Care; First Health Services Corporation; Managed Pharmacy Benefits, Inc., formerly known as Cardinal Health MPB Inc.; National Medical Health Card Systems, Inc.; Pharmacare Management Services, Inc.; Prime Therapeutics; Restat Cor-

poration; RX Solutions, Inc.; Tmesys, Inc.; WHP Health Initiatives, Inc.; Mede America Corp., Defendants–Appellants.

Jerry Beeman and Pharmacy Services, Inc., doing business as Beemans Pharmacy; Anthony Hutchinson and Rocida Inc., doing business as Finleys Rexall Drug; Charles Miller, doing business as Yucaipai Valley Pharmacy; Jim Morisoli and American Surgical Pharmacy Inc., doing business as American Surgical Pharmacy; Bill Pearson and Pearson and House, doing business as Pearson Medical Group Pharmacy; on behalf of themselves and all others similarly situated and on behalf of the general public, Plaintiffs–Appellees,

v.

TDI Managed Care Services, Inc., doing business as Eckerd Health Services; Medco Health Solutions, Inc.; Express Scripts, Inc.; Advance PCS, Advance PCS Health, L.P.; RX Solutions, Inc., Defendants–Appellants.

Nos. 07–56692, 07–56693.

United States Court of Appeals, Ninth Circuit.

Jan. 29, 2014.

Alan M. Mansfield, Esquire, The Consumer Law Group San Diego, CA, Michael A. Bowse, Esquire, Browne George Ross LLP, Los Angeles, CA, for Plaintiffs–Appellees.

Molly Moriarty Lane, Esquire, Thomas M. Peterson, Morgan Lewis & Bockius, LLP, San Francisco, CA, Benjamin J. Fox, Esquire, Morrison & Foerster LLP, Kent A. Halkett, Esquire, Musick Peeler & Garrett, LLP, Jason Levin, Steptoe & Johnson LLP, Robert F. Scoular, Dentons U.S. LLP, J. Kevin Snyder, Esquire, Dykema

Gossett LLP, Brett Linden McClure, Esquire, Margaret Anne Grignon, Esquire Reed Smith LLP, Matthew Oster, McDermott Will & Emery, Neil R. O'Hanlon, Esquire, Hogan Lovells U.S. LLP, Los Angeles, CA, Michael I. Katz, Esquire, Thomas Whitelaw & Tyler LLP, Irvine, CA, Martin D. Schneiderman, Steptoe & Johnson LLP, Washington, DC, Thomas Makris, Brian D. Martin, Esquire, Pillsbury Winthrop Shaw Pittman LLP, Sacramento, CA, Mark L. Brown, Esquire, Rachel Milazzo, Esquire, Stephen M. O'Brien, III, Esquire, Sonnenschein Nath & Rosenthal LLP, St. Louis, MO, Marina N. Vitek, Roxborough, Pomerance, Nye & Adreani, Woodland Hills, CA, Sean M. Sherlock, Esquire, Snell & Wilmer LLP, Costa Mesa, CA, Robert Arthur Muhlbach, Kirtland & Packard LLP, El Segundo, CA, for Defendants–Appellants.

Before: ALEX KOZINSKI, Chief Judge, HARRY PREGERSON, DIARMUID F. O'SCANNLAIN, SIDNEY R. THOMAS, KIM McLANE WARDLAW, WILLIAM A. FLETCHER, RONALD M. GOULD, MARSHA S. BERZON, JOHNNIE B. RAWLINSON, RICHARD R. CLIFTON and N. RANDY SMITH, Circuit Judges.

## ORDER

The case is remanded to the three judge panel for consideration in light of the California Supreme Court's opinion in *Beeman v. Anthem Prescription Management, LLC,* 58 Cal.4th 329, 165 Cal.Rptr.3d 800, 315 P.3d 71 (2013). The prior panel opinion, 652 F.3d 1085 (9th Cir.2011), is vacated.